UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.P.,

Petitioner,

-v-

KENNETH GENALO, et al.,

Respondents.

26-CV-06891 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record at today's hearing, the petition by S.P. ("Petitioner") for a writ of habeas corpus, ECF No. 1, is **GRANTED IN PART AND DENIED IN PART**.

The Government is hereby **ORDERED** to take S.P. for an individualized bond hearing before an immigration judge no sooner than September 24, 2026.

- At that hearing, the Government shall bear the burden of demonstrating, by clear and convincing evidence, that S.P. is a danger to the community or a risk of flight in order to justify Petitioner's continued detention.
- The immigration judge is also hereby directed to meaningfully consider alternatives to incarceration and Petitioner's ability to pay if setting a monetary bond.
- The order restraining Petitioner's transfer, ECF No. 4, remains in effect until the completion of the bond hearing.

The parties are directed to provide the Court with a status report upon the completion of the bond hearing as to whether this case may be closed.

SO ORDERED.

Dated: September 25, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge