UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.P.,<br><br>Petitioner,<br><br>-v-<br><br>KENNETH GENALO, et al.,<br><br>Respondents. | 26-CV-06891 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

On September 10, 2026, the Court held oral argument on the petition by S.P. ("Petitioner") for a writ of habeas corpus, ECF No. 1. The Court granted in part and denied in part, Petitioner's petition for writ of habeas corpus and ordered Respondents to provide Petitioner with an individualized bond hearing before an Immigration Judge. ECF No. 20. The Court further ordered the parties to provide it with a status report upon the completion of the bond hearing as to whether this case could be closed. *Id.*

Respondents filed the requested status report on October 6, 2026, confirming that a bond hearing was held the day before, and that the Immigration Judge denied bond. ECF No. 21. Respondents further stated that it was their position that this case may be closed. *Id.*

Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge