**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

S.P.,

Petitioner,

26 **CIVIL** 6891 (JAV)

-against-

**JUDGMENT**

KENNETH GENALO, et al,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Order dated October 7, 2026, the case is closed.

**DATED:** New York, New York
October 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**