UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.P.,

Petitioner,

-v-

KENNETH GENALO, et al.,

Respondents.

26-CV-06891 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On September 10, 2026, the Court held oral argument on the petition by S.P. ("Petitioner") for a writ of habeas corpus, ECF No. 1. The Court granted in part and denied in part the petition for writ of habeas corpus and ordered Respondents to provide Petitioner with an individualized bond hearing before an Immigration Judge. ECF No. 20. Subsequently, on October 7, 2026, the Court directed the Clerk of Court close the case.

The docket entry with respect to the judgment that was entered erroneously states that this matter was dismissed in favor of Respondents. ECF No. 23.

Petitioner has filed a motion to alter the Clerk's judgment pursuant to Federal Rule of Civil Procedure 59(e), to correct this clear error in the judgment. The motion is GRANTED.

The Clerk of Court is directed to amend the judgment to reflect that the petition for a writ of habeas corpus was granted in part and denied in part, in accordance with the Court's prior orders, ECF Nos. 20 and 23.

SO ORDERED.

Dated: November 6, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge