**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

S.P.,

Petitioner,

26 **CIVIL** 6891 (JAV)

-against-

**AMENDED JUDGMENT**

KENNETH GENALO, et al,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Orders dated September 25, 2026, October 7, 2026 and November 6, 2026, the Court granted in part and denied in part the petition for writ of habeas corpus and ordered Respondents to provide Petitioner with an individualized bond hearing before an Immigration Judge. Subsequently, on October 7, 2026, the Court directed the Clerk of Court close the case. Petitioner has filed a motion to alter the Clerk's judgment pursuant to Federal Rule of Civil Procedure 59(e), to correct this clear error in the judgment. The motion is GRANTED and the error has been corrected.

**DATED:** New York, New York
October 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**